## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

JON ELLINGTON TAYLOR,

    Plaintiff,

v.

    Civil Action 2:15-cv-3102
    Chief Judge Edmund A. Sargus, Jr.
    Magistrate Judge Elizabeth P. Deavers

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.,

    Defendant.

## ORDER

For good cause shown, the Motion for Admission *Pro Hac Vice* of Gregory J. Gorski is **GRANTED**, conditional upon registration for electronic filing with this Court, or seeking leave to be excused from doing so, within fourteen (14) days of date of this Order. (ECF No. 4.)

    **IT IS SO ORDERED**.

Date: March 25, 2016            /s/ *Elizabeth A. Preston Deavers*
                                               ELIZABETH A. PRESTON DEAVERS
                                             UNITED STATES MAGISTRATE JUDGE